UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT TUCKER;<br>CASA PRECIOSA, INC., a California Corporation; and Does 1-10,<br><br>        Defendants, | Case: 2:14-CV-09950-BRO-AJW<br><br>**ORDER** |

### ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 7, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge

1

Joint Stipulation for Dismissal          Case: 2:14-CV-09950-BRO-AJW